UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-CV-81965-DMM

GLORIA CALDAROLA,

    Plaintiff,

v.

SARDINHA WAREHOUSE, LCC,

    Defendant.

_____/

## ORDER APPROVING CONSENT DECREE

THIS CAUSE is before the Court on the Parties' Joint Motion to Approve Consent Decree (DE 13). The Court has carefully considered the Joint Motion and the Consent Decree (DE 13-1), and is otherwise fully advised in this matter. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Consent Decree (DE 13) is hereby **GRANTED**.

2. The Court hereby **APPROVES** the Consent Decree and the case is **DISMISSED**.

3. The Court retains jurisdiction to enforce the Consent Decree.

4. All pending motions are hereby **DENIED AS MOOT**.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida this _6_ day of February, 2017.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of record